UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARRYN MELTZER,

              Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

              Defendant.

Case No. C12-1217-JCC-BAT

**REPORT AND RECOMMENDATION**

      Darryn Meltzer seeks review of the denial of his Supplemental Security Income application. Dkt. 3. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 21.

      The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge shall give plaintiff an opportunity for a new hearing. The ALJ shall also further consider the March 2010 opinion of Matthew Jaffy, M.D. (Tr. 1283-85), as well as the opinions of Erica Rubin, Psy.D., Ronald S. Goldberg, M.D., and Robert Hoskins, M.D. In evaluating these medical source opinions, the ALJ shall provide rationale and cite record evidence to explain the weight assigned to each opinion. The ALJ shall also re-assess plaintiff's residual functional capacity on the updated

REPORT AND RECOMMENDATION - 1

record, and cite specific evidence in support of the assessed limitations. The ALJ shall also obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base, and ensure that any inconsistencies between the vocational evidence and the Dictionary of Occupational Titles are resolved in accordance with Social Security Ruling 00-4p. Finally, if plaintiff is found disabled, the ALJ shall determine whether drug addiction or alcoholism is a contributing factor material to the determination of disability in accordance with 20 C.F.R. § 416.935.

      Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

      Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four. A proposed order accompanies this Report and Recommendation.

      DATED this 10th day of December, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2