12-CV-01217-BR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARRYN MELTZER,

               Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

               Defendant.

Case No. C12-1217-JCC

**ORDER REVERSING AND
REMANDING CASE FOR
FURTHER ADMINISTRATIVE
PROCEEDINGS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the

Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate

Judge, and the balance of the record, does hereby find and **ORDER**:

   (1)    The Court adopts the Report and Recommendation.

   (2)    The Commissioner's decision is **REVERSED** and the case is **REMANDED** to

           the Social Security Administration for further proceedings consistent with the

           Report and Recommendation.

   (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Brian

           A. Tsuchida.

//

//

1    DATED this _14_ day of December 2012.

2

3                                        JOHN C. COUGHENOUR
                                         United States Distrtict Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER REVERSING AND REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 2